AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

Those Characters From Cleveland, LLC

*Plaintiff(s)*

v.

ADAN WARDROBE, et al.

*Defendant(s)*

Civil Action No. 26-cv-02445

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See Schedule A attached

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shengmao Mu
Whitewood Law PLLC
57 West 57th Street
3rd and 4th Floors
New York, NY 10019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 9/3/2026

/s/ J. Gonzalez

*Signature of Clerk or Deputy Clerk*

## Schedule A

| Doe No | Seller Alias | Platforms | Seller ID |
|---|---|---|---|
| 1 | ADAN wardrobe | Temu | 634418219482908 |
| 2 | ADSeeker | Temu | 634418220184970 |
| 3 | Ageunitybest | Temu | 634418219736475 |
| 4 | ArtillcllallellellellellellellellellstellA | Temu | 634418219256413 |
| 5 | Aurora Style | Temu | 634418220014116 |
| 6 | Beautiful Home two | Temu | 634418220661980 |
| 7 | Bestchicgifts | Temu | 634418219736510 |
| 8 | BingfenS | Temu | 634418219693317 |
| 9 | blackcap | Temu | 634418222235661 |
| 10 | BLADD | Temu | 634418219388587 |
| 11 | CAALEB | Temu | 634418218306767 |
| 12 | CasualChicMensTees | Temu | 634418222288490 |
| 13 | CCCFA | Temu | 634418218672759 |
| 14 | Chaohui Purchase | Temu | 634418212981789 |
| 15 | Ciderella | Temu | 634418215690884 |
| 16 | CoolGirl Cloth Local | Temu | 634418218947452 |
| 17 | DISMISSED | DISMISSED | DISMISSED |
| 18 | DaLangDD | Temu | 634418219854430 |
| 19 | Davids Selection | Temu | 634418219070568 |
| 20 | DAYONEE | Temu | 634418219924174 |
| 21 | DIYfabricator | Temu | 634418219803180 |
| 22 | Drape Dazzle | Temu | 634418219611513 |
| 23 | DISMISSED | DISMISSED | DISMISSED |
| 24 | Elephant ANG | Temu | 634418219019472 |
| 25 | ETUPGHAN | Temu | 634418218934492 |
| 26 | EvaaaSore | Temu | 634418219836209 |
| 27 | Fenglin Evening Clothing | Temu | 634418220064650 |
| 28 | GNN FASHION | Temu | 634418220314162 |
| 29 | Great T Wall | Temu | 634418222156372 |
| 30 | Halfeey | Temu | 634418220690504 |
| 31 | Han Brothers | Temu | 634418219627976 |
| 32 | HAPPIME | Temu | 634418219629421 |
| 33 | Happy Pillow | Temu | 634418219017775 |
| 34 | HDDFSS | Temu | 634418220258879 |

| Doe No | Seller Alias | Platforms | Seller ID |
|---|---|---|---|
| 35 | He FCustom | Temu | 634418220140574 |
| 36 | HSS STUDIO | Temu | 634418218666370 |
| 37 | HuangShengLian | Temu | 634418222536374 |
| 38 | JIAYI PU | Temu | 634418219963209 |
| 39 | jinhaotanjiaA | Temu | 634418219274580 |
| 40 | JINXYJ | Temu | 634418219801841 |
| 41 | DISMISSED | DISMISSED | DISMISSED |
| 42 | key APT | Temu | 634418219065092 |
| 43 | LINFENGOOD | Temu | 634418218479578 |
| 44 | LooPoP | Temu | 634418219797402 |
| 45 | Love In Life | Temu | 6320499441287 |
| 46 | DISMISSED | DISMISSED | DISMISSED |
| 47 | luxacres | Temu | 634418219887904 |
| 48 | man seven | Temu | 634418218999064 |
| 49 | manmanT | Temu | 634418218987194 |
| 50 | MAXIKKDYJH | Temu | 634418218431670 |
| 51 | Meaningful Time | Temu | 634418219490963 |
| 52 | NewDiy Zone | Temu | 634418217523356 |
| 53 | NEWDV Specialty | Temu | 634418218205377 |
| 54 | OdeRin | Temu | 634418218410244 |
| 55 | OOYEEOO | Temu | 634418217967023 |
| 56 | OPPAYWXH | Temu | 634418219416137 |
| 57 | Phoenix QL | Temu | 634418219591375 |
| 58 | POODKLWXH | Temu | 634418219416560 |
| 59 | Premium local | Temu | 634418219752362 |
| 60 | Quest Menswear | Temu | 634418220235630 |
| 61 | sixthirts | Temu | 634418222279896 |
| 62 | Smile Yan | Temu | 634418214029641 |
| 63 | Smm fun sticker shop | Temu | 634418213521132 |
| 64 | Spshia Long | Temu | 634418219386387 |
| 65 | SSRz STUDIO | Temu | 634418218435643 |
| 66 | StreetFusion | Temu | 634418218516204 |
| 67 | Strive for life | Temu | 634418213610535 |
| 68 | Suil | Temu | 634418215635116 |
| 69 | SuperDealArt | Temu | 634418218731679 |
| 70 | Tee Shirts Home | Temu | 634418219427495 |

| Doe No | Seller Alias | Platforms | Seller ID |
|---|---|---|---|
| 71 | TeeAmerica | Temu | 634418217245677 |
| 72 | TEEM XXC | Temu | 634418221006397 |
| 73 | DISMISSED | DISMISSED | DISMISSED |
| 74 | The Beautiful Life of a Leaf | Temu | 634418213769995 |
| 75 | DISMISSED | DISMISSED | DISMISSED |
| 76 | DISMISSED | DISMISSED | DISMISSED |
| 77 | The sixth week | Temu | 634418221078158 |
| 78 | TrendTeller | Temu | 634418220742341 |
| 79 | Trump Style | Temu | 634418219341558 |
| 80 | Wen Da Da Home clothing | Temu | 634418220483094 |
| 81 | WENDI LIFE | Temu | 634418219741590 |
| 82 | whqhus | Temu | 634418215267003 |
| 83 | WHYWHITE | Temu | 634418218234104 |
| 84 | Xytech | Temu | 634418220073752 |
| 85 | Yaho Blankets | Temu | 634418217680797 |
| 86 | YaXing Chao Pai | Temu | 634418220172724 |
| 87 | Yopbsn | Temu | 634418218838330 |
| 88 | young lin | Temu | 634418219924222 |
| 89 | ZRENX | Temu | 634418220040344 |
| 90 | ZYXH Trade | Temu | 634418219505519 |

Civil Action No. 26-cv-2445

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Defendants on Schedule A attached
was received by me on *(date)* 09/03/2026 .

❐ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❐ I returned the summons unexecuted because ______________________ ; or

✔ Other *(specify)*: On April 17, 2026, someone working under my supervision served Defendants via email, including a URL with true and correct copies of the Amended Complaint along with all exhibits, and the Order to Show Cause for Preliminary Injunction and Temporary Restraining Order. On September 3, 2026, the stamped copy of the summons was uploaded to said URL and served on Defendants electronically.

My fees are $ ______________ for travel and $ ______________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/30/2026

/s/Shengmao Mu
*Server's signature*

Shengmao Mu, Attorney
*Printed name and title*

57 West 57th Street
3rd and 4th Floors
New York, NY 10019
*Server's address*

Additional information regarding attempted service, etc: